1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                        EASTERN DISTRICT OF CALIFORNIA
10
11   RODOLFO MARTINEZ,                    | Case No. 1:21-cv-01319-BAM (PC)
12            Plaintiff,                  | ORDER DENYING PLAINTIFF'S MOTION TO
13       v.                               | CONDUCT LIMITED DISCOVERY AS
                                          | PREMATURE
14   SHERMAN,
                                          | (ECF No. 12)
15            Defendant.
16

17       Plaintiff Rodolfo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action under 42 U.S.C. § 1983. Plaintiff's first amended complaint,

19   filed October 18, 2021, has not yet been screened. (ECF No. 10.)

20       Currently before the Court is Plaintiff's Ex Parte Application to Conduct Limited

21   Discovery, filed October 18, 2021. (ECF No. 12.) Plaintiff requests that the Court authorize him

22   to conduct limited discovery only for the purpose of identifying Doe Defendants and where they

23   may be served. (*Id.*)

24       Plaintiff's motion for discovery is premature and is denied without prejudice. The Court

25   has not screened Plaintiff's first amended complaint to determine whether it is subject to

26   dismissal or whether the action should proceed to discovery on Plaintiff's claims. 28 U.S.C.

27   § 1915(e)(2)(B)(ii) ("Notwithstanding any filing fee, or any portion thereof, that may have been

28   paid, the court shall dismiss the case at any time if the court determines that . . . the action or

appeal . . . fails to state a claim upon which relief may be granted.")  The first amended complaint has not been ordered served, no defendants have appeared, and discovery has not been opened. Plaintiff's first amended complaint will be screened in due course, and if it is found to state any cognizable claims against any defendants, Plaintiff will have the opportunity to provide the Court with further information as to the identities and locations of any doe defendants.

Accordingly, Plaintiff's ex parte application to conduct limited discovery, (ECF No. 12), is HEREBY DENIED, without prejudice, as premature.

IT IS SO ORDERED.

Dated:   **November 1, 2021**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE