1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODOLFO MARTINEZ,                          No.  1:21-cv-01319-ADA-BAM (PC)

12                   Plaintiff,

13         v.                                    ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS RECOMMENDING
14    SHERMAN,                                   DISMISSAL OF ACTION

15                   Defendant.                  (Doc. No. 15)

16

17
           Plaintiff Rodolfo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*
18
      *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on
19
      Plaintiff's first amended complaint against Defendant Stuart Sherman ("Defendant") for
20
      deliberate indifference to Plaintiff's conditions of confinement.  (Doc. No. 10.)
21
           On January 13, 2022, the assigned magistrate judge screened Plaintiff's first amended
22
      complaint and issued findings and recommendations that this action be dismissed, with prejudice
23
      for failure to state a cognizable claim upon which relief may be granted.  (Doc. No. 15.)  On
24
      January 26, 2022, Plaintiff timely filed objections to the findings and recommendations.  (Doc.
25
      No. 16.)
26
           As Plaintiff's objections largely reiterate the arguments raised in his first amended
27
      complaint, the court finds no basis to overturn the findings and recommendations.  In Plaintiff's
28

                                                  1

1   objections, Plaintiff cited to *Jett v. Penner*, 439 F.3d 1091 (9th Cir. 2006), to support that he

2   stated a facially plausible claim for deliberate indifference to conditions of confinement against

3   Defendant.  However, *Jett* is distinguishable from Plaintiff's case in two important respects.

4   Firstly, the court in *Jett* reviewed a district court's summary judgment ruling.  (*Id.* at 1096.)

5   Here, the court is screening Plaintiff's complaint to determine whether he failed to state a claim

6   upon which relief may be granted.  (Doc. No. 15.)  A motion to dismiss for failure to state a claim

7   is a unique procedural posture in comparison to a motion for summary judgment.  (*Compare* Fed.

8   R. Civ. P. 12(b)(6) *with* Fed. R. Civ. P. 56.)  For example, a motion for summary judgment,

9   unlike a motion to dismiss for failure to state a claim, does not assume the truthfulness of well-

10  pleaded allegations in the complaint.  (*See* Fed. R. Civ. P. 56.)  Secondly, *Jett* concerned a

11  deliberate indifference to serious medical needs claim.  (*Jett*, 439 F.3d at 1096.)  Such a claim is

12  distinct from a deliberate indifference to conditions of confinement claim because a different test

13  is applied for each type of claim.  (*Compare id. with Farmer v. Brennan*, 551 U.S. 825, 834

14  (1970).)  Therefore, the court finds Plaintiff's objections unpersuasive to overturn the findings

15  and recommendations.

16          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

17  *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's

18  objections, the court finds the findings and recommendations to be supported by the record and

19  by proper analysis.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Accordingly,

1.   The findings and recommendations issued on January 13, 2022, (Doc. No. 15), are adopted in full;

2.   This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and

3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 2, 2022

_____
UNITED STATES DISTRICT JUDGE