UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| RODOLFO MARTINEZ,<br><br>         Plaintiff - Appellant,<br><br>  v.<br><br>STUART SHERMAN, Warden,<br><br>         Defendant - Appellee. | No. 22-16458<br><br>D.C. No. 1:21-cv-01319-ADA-BAM<br>U.S. District Court for Eastern<br>California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered July 03, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT